AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**FILED** JAN 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
DLT

## OFFENSE CHARGED

18 USC Section 2422(b) - Using Facilities of Interstate Commerce to Induce Minor to Engage in Illegal Sexual Activity

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

**PENALTY:**
Mandatory minimum imprisonment 5 yrs., maximum 30 yrs.; $250,000 fine; 5 yrs. Supervised Release; Mandatory special assessment $100 per count.

## DEFENDANT - U.S.
▶ RONALD LEONARD SHERMAN

DISTRICT COURT NUMBER
**CR06-00043**

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
**FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**KEVIN V. RYAN**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
**MERRY JEAN CHAN**

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: OAKLAND



FILED
JAN 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

RONALD LEONARD SHERMAN

CR06-00043DLJ

DEFENDANT.

## INDICTMENT

Title 18 U.S.C. Section 2422(b) - Using Facilities of Interstate Commerce to Induce Minor to Engage in Illegal Sexual Activity

A true bill.

_____ Foreman

Filed in open court this _____ day of _____.

Clerk

Bail, $ No bail, arrest warrant, 1-19-06

KEVIN V. RYAN (CASBN 118321)
United States Attorney

E-filing

FILED
JAN 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR06-00043 DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 2422(b) - Using Facilities of Interstate Commerce to Induce Minor to Engage in Illegal Sexual Activity |
| v. | |
| RONALD LEONARD SHERMAN, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about and between April 29, 2004 and November 15, 2004, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendant

RONALD LEONARD SHERMAN,

using facilities and means of interstate commerce, including the Internet, did knowingly

//
//
//
//
//

INDICTMENT                                    1

persuade, induce, entice and coerce a girl under the age of eighteen to engage in sexual activity for which a person could be charged with a criminal offense, namely California Penal Code Section 261.5(c), in violation of Title 18, United States Code, Section 2422(b).

DATED: Jan 19, 2006

A TRUE BILL.

/s/ FOREPERSON

KEVIN V. RYAN
United States Attorney

/s/
BRIAN J. STRETCH
Chief, Oakland Branch

(Approved as to form: /s/ AUSA M.J. CHAN)

INDICTMENT 2