AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. Section 2423(b) -
Traveling With Intent to Engage in
Illicit Sexual Conduct With a
Minor

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
30 years imprisonment; $250,000 fine; 5 years supervised release; $100 special assessment

### DEFENDANT - U.S.

▶ RONALD LEONARD SHERMAN

DISTRICT COURT NUMBER
CR 06-00043 DLJ

FILED
JAN 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT
IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

### IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) W. DOUGLAS SPRAGUE, AUSA

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

FILED
2007 JAN 23 PM 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00043 DLJ |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. Section 2423(b) –<br>Traveling With Intent to Engage in Illicit<br>Sexual Conduct With a Minor |
| v. | ) | |
| RONALD LEONARD SHERMAN, | ) | |
| Defendant. | ) | OAKLAND VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

In or about August 2004 and November 2004, in the Northern District of California and elsewhere, the defendant,

RONALD LEONARD SHERMAN,

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct (as that term is defined in Title 18, United States Code, Sections 2423(f) and 2246) with a

//

//

//

SUPERSEDING INFORMATION;
CR 06-00043 DLJ

minor, namely, a 16-year old girl named "D.T.", all in violation of Title 18, United States Code, Section 2423(b).

//

DATED: January 23, 2007

KEVIN V. RYAN
United States Attorney

By /s/ W. Douglas Sprague
W. DOUGLAS SPRAGUE
Assistant United States Attorney

SUPERSEDING INFORMATION;
CR 06-00043 DLJ

2