1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant RONALD SHERMAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-06 00043 DLJ
                                     )
12               Plaintiff,          )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING SENTENCING
13  vs.                              )   DATE
                                     )
14  RONALD SHERMAN,                  )
                                     )
15               Defendant.          )
    _____)
16

17

18          Ronald Sherman is scheduled to be sentenced on April 13, 2007.  The parties recently

19  received the final pre-sentence report, and require additional time to prepare their respective

20  sentencing memoranda.  The parties accordingly STIPULATE AND AGREE that the sentencing

21  date be continued to Wednesday, April 25, 2007, at 10:00 a.m.

22

23

24

25

26

STIP AND ORDER                        1

1

/S/

2   Dated: April 10, 2007

_____
3                                   MICHELLE MORGAN-KELLY
                                    Assistant United States Attorney
4

5                                   /S/

    Dated: April 10, 2007           _____
6                                   JEROME E. MATTHEWS
                                    Assistant Federal Public Defender
7

8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.

9         Good cause appearing therefor, IT IS ORDERED that sentencing in this matter be

10  continued to April 25, 2007 at 10:00 a.m.

11

12  Dated: April  10,  2007           _____
13                                    D. LOWELL JENSEN
                                      United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26